IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNIE JACKSON, : | |
| : | |
| Plaintiff : | |
| : | No. 4:12-cv-01719 |
| v. : | |
| : | (Judge Brann) |
| HOOPES TURF FARM, : | |
| : | |
| Defendant. : | |

**ORDER**

AND NOW, this 18th day of October, 2013, it is hereby ORDERED, in accordance with the memorandum of this same date, that defendant's motion to dismiss (Dec. 4, 2012, ECF No. 12) is DENIED in its entirety.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge